# UNITED STATES DISTRICT COURT

for the

Western District of Missouri

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>FedEx parcel bearing tracking number 8030 0724 5500,<br>further described on Attachment A | )<br>)<br>)<br>)  Case No.  13-SW-00299-JTM<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____Missouri_____
*(identify the person or describe the property to be searched and give its location)*:
FedEx parcel bearing tracking number 8030 0724 5500, further described on Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

Illegal controlled substances; namely, cocaine, marijuana, heroin and methamphetamine; Any drug paraphernalia related to the possession or distribution of a controlled substance including narcotic packaging; United States currency

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____October 4, 2013_____
*(not to exceed 14 days)*

☑ in the daytime  6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Sarah W. Hays _____ .
                        *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐for _____ days *(not to exceed 30)*.
                            ☐until, the facts justifying, the later specific date of _____ .

Date and time issued:   09/27/2013 3:04 pm           *[signature: Sarah W. Hays]*
                                                      *Judge's signature*

City and state:   Kansas City, Missouri           SARAH W. HAYS, U.S. Magistrate Judge
                                                   *Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.:<br>13-SW-00299-JTM | Date and time warrant executed:<br>9-27-13 / 4:00 P.m. | Copy of warrant and inventory left with:<br>FEDEX |

Inventory made in the presence of :
TFO Jim Morgan

Inventory of the property taken and name of any person(s) seized:

- Sony CD Player containing $70,000.00 USC.
- Hollowed Out Computer - Empty

| **Certification** |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9-30-13

S/A _(signature)_ 9-30-13
_Executing officer's signature_

Dana C Suchma
_Printed name and title_

ATTACHMENT A
13-SW-00299-JTM

FedEx parcel bearing tracking number 8030 0724 5500, addressed to "Mariel Garcia, 7408 ½ Vineland Av, Sun Valley, CA 91352, (818)288-5410" with a return address of "Carlos Ramirez, 1308 Appleton Av, Kansas City, MO 64057, (816)885-8135." Further, this parcel weighs approximately 32.6 pounds and measures approximately 20x20x20 inches.

## ITEMS TO BE SEIZED

- Illegal controlled substances; namely, cocaine, marijuana, heroin and methamphetamine;

- Any drug paraphernalia related to the possession or distribution of a controlled substance including narcotic packaging;

- United States currency.